# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA GOMEZ, | Case No. 1:16-cv-01252-AWI-SKO |
| Plaintiff, | **ORDER REGARDING FILING NOTICE OF WAIVER** |
| v. | |
| CITY OF FARMERSVILLE, FARMERSVILLE POLICE DEPARTMENT, | |
| Defendants. | |

    The Court will hold a scheduling conference in this matter on Tuesday, December 20, 2016. The Court notes that the parties did not address in their joint scheduling report whether they waive the disqualification of the undersigned to conduct settlement conferences in this matter. *See* Local Rule 270(b). Accordingly, the Court DIRECTS the parties to file the attached notice of waiver, if they so choose, by no later than Monday, December 19, 2016.

IT IS SO ORDERED.

Dated:  **December 16, 2016**                              /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE