**WAGNER, JONES, KOPFMAN
& ARTENIAN LLP**
Nicholas J.P. Wagner #109455
Andrew B. Jones #076915
Laura E. Brown #306035
1111 E. Herndon Ave., Suite 317
Fresno, California 93720
Tel.: (559) 449-1800
Fax: (559) 449-0749

*Attorneys for* Plaintiff BERNARDINA GOMEZ individually and as successor-in-interest to Esteven Andrade Gomez (deceased)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA GOMEZ individually and as successor-in-interest to Esteven Andrade Gomez, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FARMERSVILLE; FARMERSVILLE POLICE DEPARTMENT; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 1:16-cv-01252-AWI-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 19)** |

Plaintiff BERNARDINA GOMEZ, individually and as successor-in-interest to Esteven Andrade Gomez, deceased, and Defendants CITY OF FARMERSVILLE and FARMERSVILLE POLICE DEPARTMENT, by and through their respective counsel, hereby stipulate:

1. This case was filed in the U.S. District Court, Eastern Division - Fresno, on August 24, 2016 based on the death of Plaintiff BERNADINA GOMEZ's son while in custody of the Farmersville Police Department following arrest; *and*

*///*

*///*

2. WHEREAS the parties have in good faith engaged in discovery to date, including the exchange of written discovery such as interrogatories, requests for admissions, and requests for production.

3. WHEREAS the parties are working to confirm the dates of depositions, a site inspection, and the filing of a protective order regarding certain categories of sensitive information;

4. WHEREAS the parties wish to depose certain witnesses (including Officer JESSIE MCBRIDE, Officer HETTICK, and Ms. GOMEZ) beginning in October 2017;

5. WHEREAS the parties are coordinating an appropriate date and time for Ms. GOMEZ's intended site inspection of the location where her son died while in the care, custody, and control of the FARMERSVILLE POLICE DEPARTMENT. Because the location to be inspected is an active police station seeing daily use, both sides are cooperating to perform the inspection in a manner that reduces any disruption to the department's daily activities;

6. WHEREAS the parties have agreed to the production and use of records that are relevant and contained in Officers MCBRIDE and HETTICK's personnel file, i.e. personnel records. This disclosure will be pursuant to a signed stipulated protective order. That stipulation has been drafted but not finalized, and the parties anticipate filing it along with a requested protective order shortly; *and*

7. WHEREAS the non-expert discovery deadline is currently set for October 10, 2017, with further deadlines following therefrom.

8. AND WHEREAS the parties agree to a resetting of the pretrial conference and trial in this matter to a date that is convenient to the Court.

//

**THEREFORE** the parties find and agree that the discovery efforts outlined above cannot be completed by the upcoming October 10, 2017 deadline, and accordingly stipulate and request that the Court's Scheduling Order of December 21, 2016 be modified as follows:

| Item: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Non-Expert Discovery: | October 10, 2017 | **February 1, 2018** |
| Expert Disclosures: | October 16, 2017 | **February 8, 2018** |
| Rebuttal Expert Disclosures: | November 6, 2017 | **February 22, 2018** |
| Expert Discovery: | December 22, 2017 | **March 9, 2018** |
| Non-Dispositive Motions: | January 3, 2018 | **March 23, 2018** |
| Non-Dispositive Hearing: | January 31, 2018 | **April 20, 2018** |
| Dispositive Motions: | February 5, 2018 | **April 27, 2018** |
| Dispositive Hearing: | March 19, 2018 | **June 8, 2018** |

\* \* \*

**Respectfully submitted,**

Dated: Sept. 28, 2017		**WAGNER, JONES, KOPFMAN & ARTENIAN LLP**

/s/ Laura E. Brown
Laura E. Brown
*Attorneys for Plaintiff* BERNADINA GOMEZ


Dated: Sept. 28, 2017		**FERGUSON, PRAET & SHERMAN, APC**

/s/ G. Craig Smith
G. Craig Smith
*Attorneys for Defendants*

\* \* \*

# ORDER

Based on the parties' above stipulation (Doc. 19), and for good cause shown, the Scheduling Order (Doc. 12) is hereby MODIFIED as follows:

| EVENT | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Non-expert discovery deadline | October 10, 2017 | February 1, 2018 |
| Expert disclosures | October 16, 2017 | February 8, 2018 |
| Rebuttal expert disclosures | November 6, 2017 | February 22, 2018 |
| Expert discovery deadline | December 22, 2017 | March 9, 2018 |
| Non-dispositive motion filing deadline | January 3, 2018 | March 23, 2018 |
| Non-dispositive motion hearing deadline | January 31, 2018 | April 25, 2018[1] |
| Dispositive motion filing deadline | February 5, 2018 | April 27, 2018 |
| Dispositive motion hearing deadline | March 19, 2018 | June 11, 2018, at 1:30 p.m.[2] |
| Pretrial Conference | May 16, 2018 | August 8, 2018, at 10:00 a.m. |
| Trial | July 10, 2018 | October 9, 2018, at 8:30 a.m.[3] |

IT IS SO ORDERED.

Dated: **September 29, 2017**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The parties requested Friday, April 20, 2018, as the hearing date for non-dispositive motions, but since Magistrate Judge Oberto's law and motion calendar is set on Wednesdays, the date has been continued to the following Wednesday.

[2] The parties requested Friday, June 8, 2018, as the hearing date for dispositive motions, but since Judge Ishii's law and motion calendar is set on Mondays, the date has been continued to the following Monday.

[3] To permit the parties sufficient time to prepare their pretrial submissions and to prepare for trial, the pretrial conference and trial dates have been continued.