UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA GOMEZ, individually and as successor-in-interest to Esteven Andrade Gomez, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FARMERSVILLE, FARMERSVILLE POLICE DEPARTMENT, and DOES 1-50, inclusive.<br><br>Defendants. | NO. 1:16-CV-01252 AWI SKO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY MATTER PENDING SETTLEMENT** |

After consideration of the parties' joint stipulation to stay this matter and vacate all dates and with GOOD CAUSE SHOWING, the court GRANTS the stipulation of the parties.

**IT IS HEREBY ORDERED:**

1. This matter is stayed in its entirety and all dates are hereby vacated;
2. An Order to Show Cause re Dismissal is set for June 25, 2018, which shall be vacated upon the filing of a dismissal.

IT IS SO ORDERED.

Dated: March 21, 2018

_____
SENIOR DISTRICT JUDGE

1

[PROPOSED] ORDER